ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| | | |
|---|---|---|
| ISMAEL PANTOJA MARTÍNEZ; RAFAEL QUIÑONES MARTÍNEZ<br><br>Peticionarios<br><br>V.<br><br>DR. ARMANDO CRUZADO RAMOS; DR. LUIS PAZ REYES; DOCTOR´S CENTER HOSPITAL MANATÍ, CORP. Y/O DOCTOR´S CENTER HOSPITAL, INC. Y OTROS<br><br>Recurridos | TA2026CE00532 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Caso Núm.: SJ2022CV03458<br><br>Sobre:<br><br>Impericia Médica |

Panel integrado por su presidenta, la Juez Grana Martínez, el Juez Ronda Del Toro y la Juez Lotti Rodríguez

**Ronda Del Toro, Juez Ponente**

## RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de mayo de 2026.

La parte peticionaria presentó ayer 30 de abril de 2026 Recurso de Certiorari y una solicitud de Auxilio de Jurisdicción. Examinada la "Moción Urgente en Auxilio de Jurisdicción Solicitando Paralización de los Procedimientos" se dictó ayer Resolución ordenando a la parte recurrida presentar su posición, lo que ya ha hecho.

Evaluado el recurso de Certiorari, sus anejos y la "Moción Urgente en Auxilio de Jurisdicción Solicitando Paralización de los Procedimientos", procedemos a denegar la misma.

Evaluamos los escritos, conforme la normativa que rige, tanto para los autos de *certiorari,* como para las solicitudes de auxilio de jurisdicción.

Denegamos tanto el Auxilio de Jurisdicción como el auto de Certiorari solicitado, por incumplir con los criterios establecidos en la Regla 40 del Reglamento de este Tribunal.

**Notifíquese inmediatamente**.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones